UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

VANESSA FEELEY,

                                      Plaintiff,

-against-

THE CITY OF NEW YORK; MICHAEL RUBENS BLOOMBERG, as Former Mayor; BILL de BLASIO, as Mayor; MARTHA H. HIRST, as Former Commissioner — Department of Citywide Administrative Services; EDNA WELLS HANDY, as Former Commissioner — Department of Citywide Administrative Services; STACEY CUMBERBATCH, as Former Commissioner —Department of Citywide Administrative Services; LISETTE CAMILO, as Commissioner — Department of Citywide Administrative Services; NICHOLAS SCOPPETTA, as Former Commissioner — Fire Department City of New York; SALVATORE CASSANO, as Former Commissioner - Fire Department City of New York; DANIEL A. NIGRO, as Commissioner, Fire Department City of New York; MARK ARONBERG, as Assistant Commissioner, Fleet Services Division, Fire Department City of New York; ANDY DIAMOND, as Executive Director, Fleet Services Division, Fire Department City of New York; LOUIS MORBELLI, as Director, Fleet Services Division, Fire Department City of New York; HUGH MCALLISTER, as Deputy Director, Fleet Services Division, Fire Department City of New York and PATRICK MURPHY, as Supervisor, Fleet Services Division, Fire Department City of New York each sued individually and in their official capacities as employees of Defendant THE CITY OF NEW YORK,

                                        Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL**

20-CV-1770 (AMD) (PK)

---

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties as represented by their attorneys below, that pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), all of Plaintiff's claims in the above-captioned action are hereby withdrawn, discontinued, and dismissed, with prejudice, and without costs, fees, or disbursements to any party, and that an order to that effect may be entered without further notice.

**IT IS FURTHER STIPULATED AND AGREED**, by and between the parties that this stipulation may be filed by either party without notice to the other.

Dated: New York, New York
January 24, 2024

**THE SANDERS FIRM, P.C.**
Attorneys for Plaintiff
30 Wall Street, 8th Floor
New York, New York 10005
(212) 652-2782
esanders@thesandersfirmpc.com

By: _____
Eric Sanders                01.25.2024

*Vanessa Feeley*
Vanessa Feeley

**ABRAMS, GORELICK, FRIEDMAN & JACOBSON**
Attorneys for Defendants Morbelli and McAllister One Battery Park Plaza, 4th Floor
New York, NY 10004
(212) 422-1200
SDiSiervi@agfjlaw.com

By: _____
Steven DiSiervi

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the
 City of New York
Attorney for City Defendants
100 Church Street, Room 2-123
New York, New York 10007
(212) 356-2465
tafranci@law.nyc.gov

By: _____
Talysia Francis
Assistant Corporation Counsel